**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>Plaintiff,<br><br>- against -<br><br>TWIST AND SMASH'D SPORTS LLC,<br>et al.,<br><br>Defendants. | CASE NO.: 1:16-cv-05965-WFK-LB |

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO STRIKE DEFENDANTS'**
**AFFIRMATIVE DEFENSES AND ATTORNEY'S FEES REQUEST**

THIS MATTER having come before the Court on Plaintiff's Motion to Strike Defendants'

Affirmative Defenses and Attorney's Fees Request, and the Court having considered the pleadings

and been otherwise advised in the premises;

**IT IS** on this _____ day of _____, 2017

**ORDERED** that Plaintiff's Motion to Strike Defendants' Affirmative Defenses and

Attorney's Fees Request is **GRANTED**.

**FURTHER ORDERED** that Defendants' first seven (7) affirmative defenses asserted in

Defendants' Answer are hereby struck from the record;

**FURTHER ORDERED** that Defendants' request for attorney's fees in Defendants'

Answer is hereby struck from the record;

**FURTHER ORDERED** that Defendants are to pay to Plaintiff reasonable attorneys'

fees incurred in preparing its Motion to Strike.

**FURTHER ORDERED** that Plaintiff's counsel shall file an affidavit within _____ days

in support of its fees incurred in filing Plaintiff's Motion to Strike.

_____
Hon. William F. Kuntz, II