

**STEVEN N. DAVI**
Counsel
Direct Dial: 516-227-0612
Direct Fax: 516-336-2235
sdavi@farrellfritz.com

1320 RXR Plaza
Uniondale, NY 11556
www.farrellfritz.com

Our File No.
25981-104

February 2, 2017

**BY ECF**
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Joe Hand Promotions, Inc. v. Twist and Smash'd Sports LLC et al*
        **Civil Action No. 16-cv-05965(WFK)(LB)**

Dear Magistrate Judge Bloom:

We write on behalf of defendants Twist and Smash'd Sports LLC *et al.* ("Defendants") and plaintiff Joe Hand Promotions, Inc. ("Plaintiff"), to jointly request a thirty (30)-day extension of the time within which the parties are to exchange Rule 26(a)(1) initial disclosures and file the Rule 26(f) Meeting Report with the Court. The parties' Rule 26(a)(1) initial disclosures are to be exchanged, and the Rule 26(f) Meeting Report is to be filed, on February 6, 2017. The parties also request a thirty (30)-day adjournment of the initial pretrial conference scheduled for February 9, 2017 at 11:30 a.m. The reason for these requests is that the parties have reached an agreement in principle to settle this matter and are in the process of finalizing settlement papers. There have been no previous requests for an adjournment or extension.

The parties are available to conference with the Court if any additional information is required.

Respectfully submitted,

*/s/ Steven N. Davi*

Steven N. Davi

cc:     All Attorneys of Record (By ECF)

FF\6247074.1