UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------X

JOE HAND PROMOTIONS, INC.,                          :    Civ. Action No. 1:16-cv-05965
                                                    :    (Kuntz, II, J.)
                                Plaintiff,          :    (Bloom, M.J.)
                                                    :
            -against-                               :         **STIPULATION**
                                                    :         **OF DISMISSAL**
                                                    :
TWIST AND SMASH'D SPORTS LLC,                       :
d/b/a TWIST AND SMASH'D SPORTS.                     :
ROBERT CANO, KEN ROMANISZYN,                        :
DOMENICO SCIALFA, VINCENZO AMATO,                   :
                                                    :
                                                    :
                                Defendants.         :

------------------------------------X

       **IT IS HEREBY STIPULATED,** by and between plaintiff Joe Hand Promotions, Inc., and defendants Twist and Smash'd Sports LLC, d/b/a Twist and Smash'd Sports, Robert Cano. Ken Romaniszyn, Domenico Scialfa, and Vincenzo Amato, by and through their undersigned counsel, that the above-captioned action is settled. Therefore it is hereby stipulated that this action is dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party. This Stipulation may be executed in counterparts, and facsimile or other electronic copies of signatures shall be deemed to be originals for all purposes.

**JEKIELEK & JANIS LLP**                        **FARRELL FRITZ, P.C.**

By: /s/ Jon D. Jekielek                         By: /s/ Steven N. Davi
     Jon D. Jekielek                               Steven N. Davi
*Attorney for Plaintiff*                        *Attorneys for Defendants*
153 W. 27th St., Suite 204                      1320 RXR Plaza
New York, New York 10001                        Uniondale, New York 11556-1320
Tel.: 212-686-7008                              Tel.: (516) 227-0700
Fax: 646-657-3265                               Fax: (516)336-2235
ryan@jj-lawyers.com                             sdavi@farrellfritz.com


                              SO ORDERED this ____
                              day of April, 2017


                              _____
                              Hon. William F. Kuntz. II, USDJ